The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| ISAIAH MILAK LILLY, | Case No. 2:26-cv-00728-RAJ |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | [CLERK'S ACTION REQUIRED] |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, | |
| Defendants. | |

TO:    CLERK OF COURT; and

TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Andrew R. Escobar of Seyfarth Shaw LLP hereby appears in the above-captioned action as counsel of record for Defendant Equifax Information Services LLC ("Equifax"). Equifax does not waive any objections as to lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of service of process, insufficiency of process, failure to state a claim upon which relief can be granted, or any other claim or defense, by this appearance of its attorneys.

NOTICE OF APPEARANCE
[NO. 2:26-CV-00728-RAJ] - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

326063772v.1

Service of all further pleadings, notices, documents or other papers in this matter, exclusive of original process, may be had upon Defendant by serving the undersigned attorney of record at the address stated below.

Respectfully submitted this June 2, 2026.

SEYFARTH SHAW LLP

By:    */s/Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone:    (206) 946-4910
Email:    aescobar@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

MASTER CAPTION
[NO. 2:26-CV-00728-RAJ] - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

326063772v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Andrew R. Escobar
Andrew R. Escobar
*Counsel for Defendant*
*Equifax Information Services LLC*

CERTIFICATE OF SERVICE
[NO. 2:26-CV-00728-BAT] - 3

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

326063772v.1