The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

ISAIAH MILAK LILLY,

        Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,

        Defendants.

Case No. 2:26-cv-00728-RAJ

DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S STIPULATED MOTION FOR LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

Defendant Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant to Local Rules 83.2(b) of the Western District of Washington, move for leave of court for Andrew R. Escobar and the law firm of Seyfarth Shaw LLP to enter its substitute appearance on Equifax's behalf and for Stanton R. Gallegos and the law firm of Markowitz Herbold PC to withdraw its appearance in this case. In support thereof, Equifax states as follows:

1.    On April 16, 2026, Stanton R. Gallegos entered an appearance as counsel of record for Equifax. (ECF No. 12).

2.    Equifax has requested that Mr. Escobar and Seyfarth Shaw assume its representation in this matter. As a result, it is necessary for Mr. Escobar and the law firm of Seyfarth Shaw LLP to file its substitute appearance for Equifax and for Mr. Gallegos and Markowitz Herbold PC to withdraw its appearance.

EQUIFAX'S MOTION FOR LEAVE TO WITHDRAW - 1
[NO. 2:26-CV-00728-RAJ]

3.    On June 2, 2026, Andrew R. Escobar entered an appearance as counsel of record for Equifax.  (ECF No. 30).  Therefore, Equifax will not be unrepresented by the withdrawal of Mr. Gallegos and Markowitz Herbold PC.

4.    No party will be prejudiced by this substitution of counsel, nor will it affect any possible upcoming deadlines in this case.

WHEREFORE, Equifax respectfully requests the Court to issue an Order granting leave to withdraw the appearance of Stanton R. Gallegos and the law firm of Markowitz Herbold PC in this matter.

Respectfully submitted this June 2, 2026.

| MARKOWITZ HERBOLD PC | SEYFARTH SHAW LLP |
|---|---|
| By:    */s/ Stanton R. Gallegos* | By:    */s/Andrew R. Escobar* |
| Stanton R. Gallegos, WSBA No. 53430<br>1455 SW Broadway, Suite 1900<br>Portland, Oregon 97201<br>Phone: (503) 295-3085<br>Email: stantongallegos@markowitzherbold.com | Andrew R. Escobar, WSBA No. 42793<br>999 Third Avenue, Suite 4700<br>Seattle, Washington 98104-4041<br>Phone: (206) 946-4910<br>Email: aescobar@seyfarth.com |
| *Withdrawing Counsel for Defendant*<br>*Equifax Information Services LLC* | *Counsel for Defendant*<br>*Equifax Information Services LLC* |

IT IS SO ORDERED.

Dated this _____ day of June, 2026

_____

THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

EQUIFAX'S MOTION FOR LEAVE TO WITHDRAW - 2
[NO. 2:26-CV-00728-RAJ]

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S STIPULATED MOTION FOR LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andrew R. Escobar*
Andrew R. Escobar
*Counsel for Defendant*
*Equifax Information Services LLC*

EQUIFAX'S MOTION FOR LEAVE TO WITHDRAW - 3
[NO. 2:26-CV-00728-RAJ]

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910